WINTON PLACE METHODIST EPISCOPAL CHURCH ET AL.
v. SPLAIN.

*Negligence—Unincorporated religious associations—Directors
and trustees not individually liable, when—Pleading.*

1. A tort action for damages will not lie against the directors
and trustees of an unincorporated association organized for
religious purposes, where they are sued in their official capacity.
2. The trustees, in such case, are not personally liable on a
verdict and judgment rendered against them as trustees of
the unincorporated association.

(Decided April 3, 1922.)

ERROR: Court of Appeals for Hamilton county.

*Mr. C. L. Swain; Mr. C. P. Mackelfresh* and
*Messrs. Lorbach & Garver,* for plaintiffs in error.
*Mr. D. T. Hackett* and *Messrs. Kilduff & Schiele,*
for defendant in error.

BY THE COURT. The action in the court of common pleas instituted by Thomas F. Splain was to recover damages from the defendants for maintaining a nuisance by permitting a plank to remain across the sidewalk in front of the church property, without guard or notice.

The church is an unincorporated association of persons organized for religious purposes.

On demurrer, the church and the pastor were dismissed from the action.

It is claimed that neither the church nor its property could be held in an action of this character, but that the liability was that of the members or the person or persons guilty of the wrong. This in effect was decided in *Males* v. *Murray,* 3 C. C. (N. S.), 671.

The defendants, Charles E. Hannaford, George S. Mackelfresh, Charles Mackelfresh and Elisha F. Layman, were designated in the caption and the body of the petition as directors and trustees of the Winton Place Methodist Episcopal Church, and were served in that capacity. Had they been sued individually, and it was shown that they, or some of them were liable, it would be an individual liability for their acts. *Reeve* v. *Wheeler,* 11 Ohio Law Rep., 510.

Assuming, without deciding, that this was an attempt to sue them individually, the judgment below cannot stand. The verdict of the jury and the judgment of the court were against them as trustees of the Winton Place Methodist Episcopal Church.

The judgment will therefore be reversed, and the cause remanded for further proceedings according to law.

*Judgment reversed and cause remanded.*

HAMILTON, P. J., CUSHING and BUCHWALTER, JJ., concur.